**Hieda KEELER, Plaintiff–Appellant,**

v.

**CITY OF HAMPTON; Vice Mayor Linda Curtis; Debra Moss, Hampton City Attorney; Unknown Uniformed Hampton Officer; Karen Rodriguez, VA DCJS; Unknown State Trooper, License 8675US; Belinda Robinson; Shorty Wallin Lock Shop; Tweeds Lock Shop; FBI Agent Kevin Rojek, Defendants–Appellees.**

No. 15–2306.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 14, 2016.

Decided: Jan. 19, 2016.

Hieda A. Keeler, Appellant Pro Se. Brandi Allison Law, Senior Assistant City Attorney, Lola Rodriguez Perkins, Office of the City Attorney, Hampton, Virginia; Michael R. Spitzer, II, Midkiff, Muncie & Ross, PC, Richmond, Virginia, for Appellees.

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hieda Keeler appeals the district court's order dismissing her civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Keeler v. City of Hampton,* No. 4:15–cv–00076–AWA–RJK (E.D.Va. Oct. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*